CHEMCO INDUSTRIES, INC., Appellant,

v.

COATINGS CORPORATION
INTERNATIONAL, et
al., Respondents.

No. 71536.

Missouri Court of Appeals,
Eastern District,
Division Four.

Sept. 9, 1997.

Daniel F. Prebish, Nangle, Cooper, Neim-
ann & Bitting, L.L.C., Clayton, for Appellant.

William R. Stahlhuth, Amy Hardin Surber,
Law Offices of Stahlhuth, Rudder & Taylor,
L.C., Eureka, Warren W. Davis, Paul N.
Rechenberg, Davis, Davis, Kasnetz & Green-
berg, L.C., Clayton, for Respondents.

Before RHODES RUSSELL, P.J., and
SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

Chemco Industries Inc. (Chemco), appeals
the granting of summary judgment in favor
of Coatings Corporation International (CCI),
and its individual officers, directors and
shareholders, in an action brought by Chem-
co for breach of contract (Count I), to recov-
er on an account stated (Count II) and for
fraud and a conspiracy to defraud (Count
III), involving the sale of 200 metric tons of
chlorinated rubber (CR) to CCI. Additional-
ly, Chiswell Langhorne, Jr. (Langhorne), one
of the individual defendants in the primary
suit between Chemco and CCI, appeals from
the trial court's denial of his motion to dis-
miss for lack of personal jurisdiction

We affirm the judgment pursuant to Rule
84.16(b). An opinion reciting the detailed-
facts and restating the principles of law
would have no precedential value. A memo-
randum, solely for the uses of the parties

involved, has been provided explaining the reasons for our holdings.